No. 71–238. NORTHERN NATURAL GAS CO. ET AL. *v.* MOBIL OIL CORP. ET AL.; and

No. 71–243. PANHANDLE EASTERN PIPE LINE CO. ET AL. *v.* MOBIL OIL CORP. ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 441 F. 2d 704.

No. 71–437. AMATO ET AL. *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari and reverse. *Redrup* v. *New York,* 386 U. S. 767.

No. 71–619. BLAYLOCK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–621. AMERICAN MANUFACTURERS MUTUAL INSURANCE CO. ET AL. *v.* AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC. C. A. 2d Cir. Certiorari denied. MR. JUSTICE·DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5543. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–627. MYERS, CORRECTIONAL SUPERINTENDENT *v.* GOCKLEY. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–652. SMITH *v.* UNITED STATES. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied.